# Order

**Lansing, Michigan**

June 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

Rehearing No. 584

4 November 2011

141810

DEPARTMENT OF ENVIRONMENTAL
QUALITY and DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Plaintiffs-Appellants,

v

TOWNSHIP OF WORTH,
          Defendant-Appellee.

_____

SC: 141810
COA: 289724
Ingham CC: 07-000970-CE

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2012



Clerk